**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on January 26, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: January 26, 2010**

**Arthur I. Harris
United States Bankruptcy Judge**

___

200927936
(ajt)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | | |
|---|---|---|
| IN RE: | : | Case No. 09-13855 |
| Corlette R. Rudolph | : | Chapter 13 |
| | : | Judge Harris |
| Debtor | : | **ORDER GRANTING FINAL MODIFICATION OF AUTOMATIC STAY (PROPERTY ADDRESS: 15611 EDGEWOOD AVENUE, MAPLE HEIGHTS, OH 44137)** |
| | : | |

This matter is before the Court upon the Agreed Order on Motion for Relief From Stay of U.S. Bank N.A. successor by merger The Leader Mortgage Company; and upon the Affidavit of Default by Olivia Todd dated January 14, 2010; and it appearing to the Court that the Creditor holds the promissory note and first mortgage describing certain real estate owned by the debtor and located at 15611 Edgewood Avenue,

Maple Heights, OH 44137, which mortgage loan obligation is in default; and it further appearing that said debtor has failed to comply with the terms of the Agreed Order on Motion for Relief From Stay filed herein on October 8, 2009, and that said Creditor has filed an appropriate Affidavit of Default herein pursuant to the terms of said Agreed Order; accordingly

IT IS ORDERED THAT the automatic stay invoked herein by Section 362 of the Bankruptcy Code shall be, and hereby is, terminated in all respects as against the Creditor, its successors and assigns.

The Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

###

SUBMITTED BY:

/s/     Steven H. Patterson, Case Attorney
Ohio Supreme Court Reg. #0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio  45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

COPIES TO:

Irving S. Bergrin, Esq., Attorney for Debtor
27600 Chagrin Boulevard, #340
Cleveland, Ohio 44122
VIA ELECTRONIC MAIL

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
VIA ELECTRONIC MAIL

Steven H. Patterson, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio  45201-5480
VIA ELECTRONIC MAIL

Corlette R. Rudolph, Debtor
15611 Edgewood Avenue
Maple Heights, Ohio 44137
ORDINARY US MAIL, POSTAGE PRE-PAID

Craig Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH  44114-2314
VIA ELECTRONIC MAIL